■ In the Matter of SAQIB A., a Person Alleged to be a Juvenile Delinquent, Appellant. [789 NYS2d 19]—

Order of disposition, Family Court, Bronx County (Harold J. Lynch, J.), entered on or about January 7, 2004, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed an act which, if committed by an adult, would constitute the crime of sexual abuse in the second degree, and placed him on probation for a period of one year, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). There is no basis for disturbing the court's determinations concerning identification and credibility. The victim made a reliable identification when she recognized appellant on the street shortly after the incident, which was corroborated by evidence indicating that appellant

simultaneously recognized his victim and attempted to flee as soon as he saw her approaching. Concur—Andrias, J.P., Saxe, Ellerin, Sweeny and Catterson, JJ.